In the Matter of FRANK E. XAVIER, Appellant, against ALGER B. CHAPMAN et al., Constituting the State Tax Commission, Respondents.

Argued April 17, 1947; decided May 15, 1947.

*Charles J. Tobin, Jr.,* and *Charles J. Tobin* for appellant.
*Nathaniel L. Goldstein, Attorney-General* (*John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND THACHER, DYE and FULD, JJ.